



PLATINUM











# Platinum Team Management , INC



Platinum Team is the parent company to many successful subsidiaries that are managed & operated independently. The Platinum Executive Team's hands-on leadership guides companies to provide a turnkey solution having exceptional knowledge in Medical Facilities, Land Development, Construction, Design, Commercial and Residential Real estate, Technology, Retail, entertainment, and finance. Our Platinum Executive Team takes much pride in exceptional quality, highest business standards, trust, and transparency. With our experience driven leaders' knowledge, we are confident The Platinum Team is the superlative choice for all business projects.



## ASSESSMENT/ FEASIBILITY
Evaluating a property prior to land acquisition. In order to mitigate costly risk, we perform due diligence services. Feasibility study is done to collect data about the property and its surroundings.

## SITE PLANNING/ MASTER PLANNING
All starts with planning, by coming up with a land layout concepts, building designs, and develop ideas and investigating and reviewing special needs.

## BUDGET/ PROFORMAS
By creating a construction budget, a phased plan for construction and financing proforma outlining the income and expenses you will be able to get a look into the future of your project.

## ENTITLEMENT/ ZONING
Handle all municipality regulations, zoning, variances, and state requirements. This process is the licensing and approval of development.

## DESIGN & SELECTIONS
We will create and design your project; including the exterior, interior, and landscaping. Design and create exterior and interior selection/ purchasing packages.

## ARCHITECTURE
We will create Architectural plans for the project consistent with Owners concept and assist in the engineering upon the Client's concept, municipality, and state requirements.

## CONSTRUCTION MANAGEMENT
Step-by-step oversight of your project until completion. Committed to meeting every aspect of construction needs through on hands involvement and quality service. This process also involves draw/ payment services, site inspections, and contractor oversite.

## GENERAL CONTRACTING
Overseeing and bidding vendors and subs to get the best deal and the best quality of work. Managing the construction day to day operations.

## MARKETING/ SALES
Design and recommend social media, print media, signage, and creating marketing campaigns & plans for the project.

## PROPERTY MANAGEMENT
Overseeing of residential, commercial and/or industrial real estate. Including apartments, detached houses, condominium units, and shopping centers. Leasing of multifamily and commercial tenant space.

## REAL ESTATE BROKERAGE
Rent, buy or sell property for clients. We are committed to performing all the duties required: discuss conditions of sales, draw up contracts, represents sellers /buyers of buying, selling, leasing of real property.





# PLATINUM TEAM MANAGEMENT CORPORATION CHART

## PLATINUM TEAM MANAGEMENT, INC. ("P.T.M.")

### PROJECT LLCs

- THE DISTRICT TOWNHOMES, LLC
- THE DISTRICT LIFESTYLE, LLC
- THE DISTRICT LIFESTYLE II, LLC
- DISTRICT LIFESTYLE WYLIE LLC
- COTTON WEAVE ESTATES, LLC
- RIVER PARK DEVELOPMENT, LLC (BATON ROUGE)
- PARAMOUNT REAL ESTATE HOLDINGS LLC
- PARAMOUNT REAL ESTATE HOLDINGS II LLC
- PARAMOUNT REAL ESTATE HOLDINGS III LLC
- THE RESIDENCES AT OVATION, LLC
- PLATINUM WORLD CR
- ALL LAND HOLDINGS

### Subsidiaries of P.T.M.

- **PLATINUM NEIGHBORS, INC. (Medical Operator/ Management) MSO**
  - Milagro Mio LLC
  - Neighbors Visiting Doctors LLC
    - House Calls PA
    - Campbell Richardson Clinic PA
    - Princeton Clinic PA
    - Wylie Clinic PA
  - Platinum Living LLC Senior Housing
  - Platinum Care LLC Transitional Care
  - Platinum Senior Living LLC Assisted Living Memory Care
    - Platinum Senior Living at Wylie LLC Memory Care
    - Platinum Senior Living at Princeton LLC Assisted Living/ Memory Care
  - Platinum Pharmacy LLC
    - Platinum Pharmacy Wylie LLC
    - Platinum Surgical Pharmacy Wylie LLC
  - Platinum Surgical Group LLC
    - Surgical Platinum Center of Wylie LLC
  - Platinum Health Care Systems LLC
  - Sarenity Herbal Apothecary LLC
  - MDBodyLabs LLC
- **DAYDRA MANAGEMENT LLC** (Land Development) (Construction Mgt.)
- **HERITAGE PROPERTIES LLC** (Real Estate Brokerage)
- **HERITAGE PROPERTIES MANAGEMENT LLC** (Property Mgt.)
- **PLATINUM CONCEPTS LLC (Architectural) (Design Center) (Retail Products) (Energy Products)**
- **PLATINUM MOTORSPORTS LLC**
- **PLATINUM TITLE LLC (Title Company)**
- **PLATINUM AIR LLC**
- **BIG WORLD DEVELOPMENT INC (Entertainment / Attractions)**
  - Big World Hotels, LLC
  - Big World Entertainment, LLC
    - BWD Aqua, LLC
    - BWD Paradise, LLC
    - BWD Sanctum, LLC
    - Komodo Village LLC
    - BWD Lab 360, LLC
    - BWD Golf, LLC
    - BWD Water World, LLC
    - BWD The Drop, LLC
    - BWD The Chill, LLC
    - BWD Slops, LLC
    - BWD Climb, LLC
  - Big World Food Services, LLC
    - BWF Voodoo Daddy's, LLC
    - BWF Taco Wasted, LLC
    - BWF Aubrey Anna Steak-house, LLC
    - BWF Dicks, LLC
    - Rosemary & Root LLC
  - BIG WORLD TECHNOLOGY LLC (Technology)
    - Entertainment Platform LLC
    - Tech Golf LLC
    - Imperium LLC
    - Super Bot INC.
  - Location entities: LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; Flite Golf, LLC; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location; LLC For Each Location
- **PLATINUM WORLD WHOLESALE LLC**
- **PLATINUM WORLD INC**

Daydra Management LLC is a company providing services in the areas of Land Development and Construction Management. We are the experts in turnkey project management. Daydra is committed to meeting every aspect of your construction needs through personal involvement and quality service.

As a team, we have built, development, and designed; over 500 homes, 160 Townhomes, Apartments, Condos, 30 Restaurants, 30 Offices, 2 Surgical Centers, 3 Medical Offices, big box retail, daycare centers, and developed raw land projects.



# Why use Daydra?



Daydra Management will deliver a professional Turn-Key Solution to your next project.

Collaboration is the cornerstone to effective project planning and management.

We work closely with owners, architects, engineers and other construction consultants and our subcontractors

to provide seamless integration between all stages of the construction process.

What to expect when working with our team?

## Manage

We are focused on your project throughout the construction process to alleviate complex problems and help you keep focused on the master plan.

## Collaboration

Our diverse and long-standing relationships with vendors allow us to share ideas, providing collaboration that comes with our team you will not typically get managing a project on your own. Furthermore, our exclusive pricing with our subcontractors WILL SAVE YOU MONEY.

## Value Engineering

Our in-house architectural department will allow us to keep the cost down at the same time insuring state of the art design while staying in budget.

## Control

Quality of work is essential to the overall success while maintaining competitive bidding.

## Schedule/Planning.

Daydra will define a plan of action to organize the chaos and have a clear path from start to finish that will ensure the outcome meets your goal.

## Probability Assessments.

Your funding source will have the confidence they need, knowing professionals are handling the development and construction.

## Minding the big picture.

Each Daydra Team member comes with specialized knowledge in each of their fields to ensure your project comes in on time and in budget.





Heritage Properties is a trusted residential and commercial real estate brokerage with over 30 years of experience. Incorporated in 2018, our founders have been actively engaged in the real estate market since the early '90s. We believe in developing relationships based on the mutual trust and respect of each other and the people we work with that will last for generations. We are committed to providing our clients with a successful real estate transaction and deliver results through our hands-on management service, hassle-free brokerage service, and well-informed investment management and analysis. We help companies of all sizes create value and growth.

As a team, we have closed over 400 real estate transactions both residential and commercial.







# MEET THE TEAM

## Ryan Cole - CEO

Ryan Cole has worked in the construction industry since 1989 and is second generation construction professional. He has personally managed constructions projects from commercial, townhomes, high-end residential, and single-family homes which include; Subways, Dunkin Donuts, Medical Plazas, Retail Centers, Paintball Adventures, Giordano's Pizza, State Farm, Jessica's Family Restaurant, Ram restaurant, Dart Logistics, Health Facility, and Prudential Realty.

Overall has been responsible for the building of over 500 building projects and 15 Land Development projects. Ryan has successfully managed the construction of all building types, including residential, commercial, healthcare, surgical centers, hotels, and non - profit. He has oversight and gives direction to the Construction Managers and operational staff.

# John Monteiro, Board Member

Mr. Monteiro is a seasoned executive who has had numerous working relationships with international and U.S. corporations where drive, motivation, and leadership generated and increase in sales and profit growth across all positions. Some of Mr. Monteiro's skills include cross-functional leadership and management of motivation for large teams, budgeting & forecasting, systems development, call center operations, strategic development as well as day-to-day operations. His success has proven invaluable in providing corporate planning with creative and scalable programs to generate sales increases and drive profit growth, which in turn provided operational leadership with the opportunity to enhance productivity and efficiency while reducing operating costs.

Mr. Monteiro has been a key executive in America's Fortune 1 Company's Internet retail site, involved in Business Development, Merchandising, Supply Chain Management, and Operations. Mr. Monteiro helped develop and execute a successful E-commerce business model for the Company. Mr. Monteiro also has extensive experience in technology and software.

## Brandon Deiters - COO

Brandon Deiters was born and raised on the north side of Chicago, only a few blocks from Wrigley Field. Yes, he is a Cubs fan, but more importantly, he is a third-generation businessman in the construction industry. With that, he brings more than 25 years of experience specializing in Business Administration and has been part of either structuring or overseeing some of the most exciting projects both here in the United States and overseas.

After attending the University of Illinois Chicago, he studied at the Architectural Woodwork Institute in Albuquerque, where he then moved to pursue his career on the operational side. Working previously as CFO for a Nationwide General Contractor, an international consultant for five years in China, two years as a project manager in the Bahamas for a construction company.

Until discovering Daydra Management and The Platinum Team where he plans to stay. With his background and experience, we have acquired his skill set to handle the day-to-day operations and find solutions when needed.

## Harold Deiters – President of Daydra

Harold Deiters construction career began when he started a Union Carpentry construction company, providing carpentry services throughout the greater Chicago land area. He soon progressed to General Construction specializing in residential, commercial and recording studio construction. Starting in the eighties to present he has been buying, developing and selling hundreds of small to midsize high-end residential properties. He also oversaw a high-end residential architectural millwork company that has provided premium grade millwork in some of the finest homes in the greater Chicago area as well as New York, California, Georgia, Florida and the Bahamas Islands.

As one reviews his career to date, it is clear he thrives on change and challenges. Now he has decided to join an organization not of his own making but one with which he shares core values. We firmly believe that his skills and experience fit extraordinarily well with Daydra Management and The Platinum Team.

## Paul Frank – Architecture Department

Architectural Designer and Project Manager focused on quality and efficient designs. Specializing in innovative approaches to problem solving, effective organization, team building, and client relations.

**Career Highlights**
- Achieved an overall 20% reduction in cost on a multi-unit townhome project, Frisco Square.
- Developed and refined cost savings strategies which typically reduce overall costs by an average of 15%.
- Helped to preserve historic homes in Downtown McKinney and Dallas Lakewood, expanding them to meet current housing needs, without compromising the integrity of the home or surrounding neighborhood.
- Awarded 'Most Livable' 'Best Kitchen' and '˜Best Master Bath' in 2007 Parade of homes in Frisco, Texas.

**Education**
Bachelor of Business Administration, Dallas Baptist University, TX

# Jessica Alley – Executive Coordinator

From an early age, Jessica has been part of the construction industry and has been the executive coordinator for our organization for the last 4 years. She helps provide a smooth and efficient flow of operations between departments within the company.

Jessica is able to provide support for a variety of functions from computer troubleshooting to logistics. Beyond basic office tasks such as typing, filing, and communications; Jessica participates in project management duties assigned by executives. These duties include gathering data through an information system or from managers, supervisors and department chiefs within or outside an organization. She is able to take an enthusiastic approach to any problem.



# Project History

**Platinum and their network of companies have been involved with a wide array of projects**

**Here, you will find just a sample of the various projects we have had the privilege to work on.**



The following work and projects listed are a representation of Platinum Team Management, either as a Joint venture or Individually as one of the companies or individuals who are currently part of our team.

## 5 Subway Locations

Construction



## 6 Dunkin Locations

Construction



## 3 Giordano's Locations

Construction



## 2 Jimmy John Locations

Construction



## 2 Valbone's Locations

Construction & Project Management



## HEAL 360 Medical Office

Construction



## Other Commercial Projects

- Post Office
- State Farm
- Dahlgren Kitchen and Bath
- Jessica's Family Restaurant
- Dart Logistics
- Health Facility of Texas

- Prudential Realty
- Cousins Bar and Grill
- Caza Cuisine and Spirits
- Ram Restaurant and Lounge
- Happy Wok
- Tahiti's Tan and Spa

- Janan Mortgage
- Stems Floral
- Belvidere Title co.
- Jim Spelman Studio
- Prairie Hills Plazas
- Jin's Paintball Adventure

# MULTIFAMILY/ TOWNHOMES

### 80 Townhomes Berkshire Plano, TX

Project Management/ Construction



### 45 Townhomes Viridian Arlington, TX

Project Management/ Construction



### 40 Townhomes Chase Oaks Plano, TX

Project Management/ Construction



### Townhomes Brick Row Richardson, TX

Project Management/ Construction



Note: RC built while working with CB Jeni

### Bunker Hill Townhome
Render



### District Townhome
Render



# LAND DEVELOPMENT

## Lincoln Wood, IL
Master Planning



## Crossroads, TX
Project Management



## Sunset Resort, Lake Tawakoni
Master Planning



## Machesney Park Plaza
Master Planning



### Other Development:
- Hern Place
- Fry Rd Katy
- Franklin Place
- Global Center

# OWNED AND CONTROLLED PROPERTIES

**256 Units Atrium Commons, San Antonio, TX**
Ownership/ Management



**344 Unit Parc 410 San Antonio, TX**
Ownership/ Management



**127 units Stratton Park San Antonio, TX**
Ownership/ Management



**212 Unit Ridge at Southcross San Antonio, TX**



**144 Units Sky Landing Fort Worth, TX**
Ownership/ Management



**264-unit Knollcrest San Antonio, TX**
Ownership/ Management



## 88 Units Fiona
## Irving, TX
Ownership/ Management



## 248 Units Villas del Lago
## Dallas, TX
Ownership/ Management



## Other Multifamily Managed and Owned

- 273 Multifamily – Horizon Hill
- 60 Multifamily – Bellestone Villas
- 120 Multifamily – Falcon Ridge
- 346 Multifamily – Valencia at 410
- 192 Multifamily – Blakley
- 240 Multifamily – Jaxon
- 264 Multifamily – Los Prados

**Our sales & marketing staff have performed sales and marketing for top-performing Builders such as Oakdale, Hampton Homes, Lions Gate, Ryland, Standard Pacific, Grand Homes, D.R. Horton, and more throughout the DFW area.**

**They have sold and managed more then:**
- 1,008 Residential Homes
- 60 Commercial Buildings/ Build Outs
- Been in the business for 30 years.

**Just a few subdivision, Building, and Projects:**

- Woodbridge
- Woodcreek
- Lake of State
- Bear Creek
- Saddle Brook State

- Steeple Chase
- Devonshire





801 TX-78, Suite 307
Wylie, TX 75098

Platinumteam.org