Filed: 7/12/2023 8:46 AM
Michael Gould
District Clerk
Collin County, Texas
By Rosanne Summers Deputy
Envelope ID: 77428420

366-03629-2023

CAUSE NO. _____

| | | |
|---|---|---|
| NUETERRA CAPITAL, LLC | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | _____ JUDICIAL DISTRICT |
| | § | |
| PLATINUM MEDICAL MANAGEMENT, INC. | § | COLLIN COUNTY, TEXAS |

## NOTICE OF FILING OF FOREIGN JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Nueterra Capital LLC ("Plaintiff") and files this Notice of Filing of Foreign Judgment and supporting affidavit.

1. This Notice of Filing of Foreign Judgment is given under §§ 35.003 and 35.004 of the Texas Civil Practice and Remedies Code.

2. Plaintiff is a Kansas limited liability company with its principal office address at 11350 Tomahawk Creek Pkwy., Ste. 200, Leawood, Kansas 66211.

3. Defendant, Platinum Medical Management, Inc., is a Texas limited partnership with a principal office address, according to filings with the Texas Secretary of State, of 709 Business Way, Wylie, Texas 75098. The registered agent for Platinum Medical Management, Inc. in the state of Texas is Brandon C. Deiters, 709 Business Way, Wylie, Texas 75098.

4. On May 3, 2023, in a case styled *Central Bank of the Midwest* v. *Nueterra Capital LLC v. Platinum Medical Management, Inc.*, the United States District Court for the District of Kansas, in Case No. 22-2218-JWB, signed a Judgment in a Civil Case in favor of Plaintiff and against Defendant. A true and correct copy of the Judgment is attached to this Notice as **Exhibit A**.

5. The Judgment Entry awards Plaintiff a judgment in the principal amount of $8,113,569.14, plus post judgment interest at the contract rate of $1,627.90 per day until judgment is paid in full.

6. The name and address of the judgment creditor is:

Nueterra Capital LLC
11350 Tomahawk Creek Pkwy
Suite 200
Leawood, Kansas 66211

7. The name and address of the judgment creditor's attorney in Texas is:

Richard DeBerry
McDonald Sanders, P.C.
777 Main Street, Suite 2700
Fort Worth, Texas 76102

8. Pursuant to § 35.004 of the Texas Civil Practice and Remedies Code, Plaintiff gives this notice of the filing of the above-referenced foreign judgment and asks that the Clerk of the Court file the certified and duly authenticated copy of the judgment provided under the cause number assigned to this Notice.

9. Plaintiff submits the affidavit attached as Exhibit B containing the last known post office addresses of the Judgment Debtor. Plaintiff will mail a copy of this Notice of Filing of Foreign Judgment, and a copy of the certified judgment, to the Judgment Debtor at the addresses identified in the affidavit.

Signed on this 11th day of July 2023.

        Respectfully submitted,

        McDONALD SANDERS,
        A Professional Corporation


        By: */s/ Sarah Kline*
            Richard C. DeBerry
            State Bar No. 00783948
            rdeberry@mcdonaldlaw.com

            Sarah M. Kline
            State Bar No. 24110097
            smk@mcdonaldlaw.com

777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651
(817) 347-3680 fax

ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

## EXEMPLIFICATION CERTIFICATE

I, _Skyler B. O'Hara_, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents: _JUDGMENT (Doc. 73) filed 5/3/2023 as to Case 2:22-cv-02218-JWB-RES, Central Bank of the Midwest v. Nueterra Capital, LLC et al._ are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at _Kansas City, KS_ on _7/6/2023_.

_/s/ Skyler B. O'Hara_    _/s/ Jeffrey A. O'Brien_
Clerk    (By) Deputy Clerk

I, _Daniel D. Crabtree_, a Judicial Officer of this Court, certify that _Skyler B. O'Hara_, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

Date: _7/6/2023_
Signature of Judge: _/s/ Daniel D. Crabtree_
Title: _U.S. District Judge_

I, _Skyler B. O'Hara_, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _Daniel D. Crabtree_, Judge, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _Kansas City, KS_ in this State, on _7/6/2023_.

_/s/ Skyler B. O'Hara_    _/s/ Jeffrey A. O'Brien_
Clerk    (By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CENTRAL BANK OF THE MIDWEST,

    Plaintiff,

v.

NUETERRA CAPITAL, LLC,

    Defendant/Third Party Plaintiff,    Case No. 22-2218-JWB

v.

PLATINUM MEDICAL MANAGEMENT, INC.,

    Third Party Defendant.

*U.S. DISTRICT COURT) SS:*
*DISTRICT OF KANSAS)*
*I hereby certify that the foregoing is a true copy of the original on file in this court and cause.*
*SKYLER B. O'HARA, Clerk*
*By _____ Deputy*
*Dated: 7/6/2023*

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

In accordance with the court's memorandum and order (Doc. 60), judgment is entered against Defendant in the amount of $8,113,569.14.[1] Plaintiff is entitled to post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full.

In accordance with the court's order granting Defendant's second motion for default judgment (Doc. 71) against Third-Party Defendant Platinum Medical Management, Inc ("Platinum"), judgment is entered in favor of Third-Party Plaintiff Nueterra and against Platinum in the amount of $8,113,569.14 with post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full.

---

[1] This includes the principal amount of $8,019,150.94 plus a per diem rate of $1,627.90 for the days between March 6, 2023, the date of the court's decision, and the date the judgment is entered, May 3, 2023.

Case 24-40647    Doc 40-1    Filed 06/19/24    Entered 06/19/24 15:02:02    Desc Exhibit
Notice of Filing Foreign Judgment    Page 7 of 19

Case 2:22-cv-02218-JWB-RES    Document 73    Filed 05/03/23    Page 2 of 2

|  |  |
|---|---|
| May 3, 2023 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
|  | by: s/ Joyce Roach |
|  | Deputy Clerk |

2

# EXHIBIT B

CAUSE NO. _____

| | | |
|---|---|---|
| NUETERRA CAPITAL, LLC | § § | IN THE DISTRICT COURT |
| VS. | § § | _____ JUDICIAL DISTRICT |
| PLATINUM MEDICAL MANAGEMENT, INC. | § § | COLLIN COUNTY, TEXAS |

## AFFIDAVIT OF NAMES AND ADDRESSES

STATE OF TEXAS      §
                    §
COUNTY OF TARRANT   §

Before me, the undersigned authority, on this day personally appeared Sarah Kline, known to me to be a credible person competent in all respects to make this Affidavit, and who, being by me sworn upon oath, stated:

"I am Sarah Kline, an attorney for Nueterra Capital, LLC ("Nueterra"). Nueterra is the Judgment Creditor in that certain Judgment dated May 3, 2023, rendered by the United States District Court for the District of Kansas in Case No. 22-2218-JWB. An authenticated copy of the Judgment is filed this day with the Clerk in the above-captioned court pursuant to Chapter 35 of the Texas Civil Practice & Remedies Code."

1. "The name and last known post office address of the Judgment Debtor is:

    Platinum Medical Management, Inc.
    709 Business Way
    Wylie, Texas 75098

2. "The name and post office address of the Judgment Creditor is:

    Nueterra Capital, LLC
    11350 Tomahawk Creek Pkwy
    Suite 200
    Leawood, Kansas 66211

FURTHER, AFFIANT SAITH NAUGHT.

_____
Sarah Kline, Affiant

SUBSCRIBED AND SWORN to before me the undersigned authority on this 11th day of July 2023, to certify which, witness my hand and seal of office.

_____
Notary Public, State of Texas

TAMARA J LEE
Notary Public, State of Texas
Notary ID 781805-2
My Commission Exp. 10-08-2026

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tamara Lee on behalf of Richard DeBerry
Bar No. 783948
tlee@mcdonaldlaw.com
Envelope ID: 77428420
Filing Code Description: Petition for Foreign Judgment (OCA)
Filing Description: Notice of Filing of Foreign Judgment
Status as of 7/13/2023 8:40 AM CST

Associated Case Party: Nueterra Capital, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sarah M.Kline | | smk@mcdonaldlaw.com | 7/12/2023 8:46:04 AM | SENT |
| Richard C.DeBerry | | rcd@mcdonaldlaw.com | 7/12/2023 8:46:04 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tamara Lee | | tlee@mcdonaldlaw.com | 7/12/2023 8:46:04 AM | SENT |

**First Class Mail**

10407.01 (47)

McDonald Sanders
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management Inc
801 S Highway 78 Ste 307
Wylie TX 75098-4000

CERTIFIED MAIL 7020 3160 0000 9237 2172

US POSTAGE $09.24 First-Class
Mailed From 76102
07/14/2023
032A 0061861681

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Platinum Medical Management Inc
801 S Highway 78 Ste 307
Wylie TX 75098-4000

10704.01 (47)

9590 9402 5892 0049 9932 22

2. Article Number (Transfer from service label)
7020 3160 0000 9237 2172

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5892 0049 9932 22

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RICHARD C. DEBERRY
McDONALD SANDERS, PC
777 MAIN ST., STE. 2700
FORT WORTH, TX 76102

**First Class Mail**

10704.01 (47)

**McDonald Sanders**
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management Inc
709 Business Way
Wylie TX 75098

ATTN Brandon Dieters

**First Class Mail**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Platinum Medical Management Inc<br>709 Business Way<br>Wylie TX 75098<br>Attn Brandon dieters<br>10704.01 (47)<br>9590 9402 7944 2305 4817 60 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 1810 0001 8118 5670 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

CERTIFIED MAIL    7020 1810 0001 8118 5670

US POSTAGE $09.24
First-Class
Mailed From 76102
07/14/2023
032A 0061661681



US POSTAGE
$ 09.24
First-Class
Mailed From 76102
07/14/2023
032A 0061861681

NIXIE         731     FE 1        0008/18/23
    RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 76102         ZZ66NZ30184-00193

0001 8118 5670



**First Class Mail**

10704.01 (47)

McDonald
Sanders
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management Inc
709 Business Way
Wylie TX 75098

ATTN Brandon Dieters



# First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Platinum Medical Management Inc
    709 Business Way
    Wylie TX 75098
    Attn Brandon dieters

    10704.01 (47)

    9590 9402 7944 2305 4817 60

2. Article Number (Transfer from service label)

    7020 1810 0001 8118 5670

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt




US POSTAGE
$ 01.74
First-Class
Mailed From 76102
07/17/2023
032A 0061861681

First Class Mail

10704.01 (47)

McDonald Sanders
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management Inc
c/o Brandon Dieters
709 Business Way
Wylie TX 75098

First Class Mail

First Class Mail




**First Class Mail**

10704.01 (47)

McDonald Sanders
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management Inc
801 S Highway 78 Ste 307
Wylie TX 75098-4000







**First Class Mail**



First Class Mail