Filed: 9/11/2023 5:15 PM
Michael Gould
District Clerk
Collin County, Texas
By Monica Saenz Deputy
Envelope ID: 79428786

## CAUSE NO. 366-03629-2023

| | | |
|---|---|---|
| NUETERRA CAPITAL, LLC | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 366TH JUDICIAL DISTRICT |
| | § | |
| PLATINUM MEDICAL | § | |
| MANAGEMENT, INC. | § | COLLIN COUNTY, TEXAS |

### NOTICE OF POST-JUDGMENT WRIT OF GARNISHMENT

TO:   Platinum Medical Management Inc., 709 Business Way, Wylie, Texas 75098
("Defendant").

### NOTICE

Pursuant to Texas Rule of Civil Procedure 663a, you are each hereby notified
that on or about August 14, 2023, Nueterra Capital, LLC ("Nueterra"), as Plaintiff-
Garnishor, filed with this Court in the above-styled cause its Application for Post-
Judgment Writ of Garnishment (the "Application"), against JP Morgan Chase Bank,
N.A., OZK Bank, Fifth Third Bank, Wells Fargo Bank, N.A., and TTCU Federal Credit
Union as Garnishees.  A true and correct copy of the file-marked Application, along with
accompanying documents, is attached hereto as **Exhibit "A"** and incorporated herein
by reference for all purposes.  As indicated in the Application, Nueterra seeks to have
any and all accounts held in one or all of Defendant's names at JP Morgan Chase Bank,
N.A., OZK Bank, Fifth Third Bank, Wells Fargo Bank, N.A., and TTCU Federal Credit
Union garnished in satisfaction of that certain Final Judgment signed on May 3, 2023,
by the United States District Court, District of Kansas, in Case Number 22-02218-JWB,
which Final Judgment is authenticated in Case Number 366-03629-2023 in the 366th
Judicial District Court of Collin County, Texas.

**NOTICE OF POST-JUDGMENT WRIT OF GARNISHMENT**                                    **PAGE 1**
I:\10704\0001\16W8518.DOC

After the filing of the Application, the Clerk of the Court issued a Writ of Garnishment After Judgment (the "Writs") on or about August 24, 2023, for service on Garnishees JP Morgan Chase Bank, N.A., OZK Bank, Fifth Third Bank, Wells Fargo Bank, N.A., and TTCU Federal Credit Union. True and correct copies of the Writs are attached hereto as **Exhibit "B"** and incorporated herein by reference for all purposes. Upon information and belief, the Writs have been served on each respective Garnishee. A copy of the Writs, containing the completed officer's return indicating service upon the aforementioned banks will be returned to the Court for filing upon receipt by counsel for Plaintiff.

Please be advised that the Writs provide further notice to Defendant regarding this garnishment proceeding and some of your legal rights, including the following:

"Your money or property has been frozen or seized ("garnished") because Nueterra Capital, LLC (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from JP Morgan Chase Bank, N.A., OZK Bank, Fifth Third Bank, Wells Fargo Bank, N.A., and TTCU Federal Credit Union (the "Garnishees"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque Nueterra Capital, LLC (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de JP Morgan Chase Bank, N.A., OZK Bank, Fifth Third Bank, Wells Fargo Bank, N.A., y TTCU Federal Credit Union (el "Embargante"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent

with the Notice of Protected Property Rights. / *Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales. Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunals una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting   www.texaslawhelp.org/exempt-property.   / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.&;gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* **Para información sobre cómo obtenor servicios de asesoría legal gratuitos o a un bajo costo**, *visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas al (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690."*

**"YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND.  YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT."**

Respectfully submitted,

**McDONALD SANDERS,**
*A Professional Corporation*

By:___ */s/ Sarah Kline*_____
        Richard C. DeBerry
        State Bar No. 00783948
        rdeberry@mcdonaldlaw.com

        Sarah M. Kline
        State Bar No. 24110097
        smk@mcdonaldlaw.com

777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651 Telephone
(817) 334-0271 Facsimile

**ATTORNEYS FOR PLAINTIFF/GARNISHOR**

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of September 2023 I served the foregoing document upon as required by TEX. R. CIV. P. 21a(a)(1) or (2).

***Via CMRR & U.S. First Class Mail:***

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

Platinum Medical Management, Inc.
801 S. Highway 78, Suite 307
Wylie, Texas 75098-4000

*/s/ Sarah M. Kline*
Sarah M . Kline

# EXHIBIT A

Filed 8/14/2023 10:59 AM
Michael Gould
District Clerk
Collin County, Texas
By Claudia Gomez Deputy
Envelope ID: 78484850

## CAUSE NO. 366-03629-2023

| | | |
|---|---|---|
| NUETERRA CAPITAL, LLC. | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Garnishor, | § | |
| VS. | § | |
| | § | |
| TTCU FEDERAL CREDIT UNION, | § | |
| FIFTH THIRD BANK, JP MORGAN | § | |
| CHASE BANK, WELLS FARGO, N.A., | § | |
| AND OZK BANK | § | |
| | § | |
| Garnishees, | § | 366TH JUDICIAL DISTRICT |
| | § | |
| and | § | |
| | § | |
| PLATINUM MEDICAL | § | |
| MANAGEMENT, INC. | § | |
| | § | |
| Defendant/Judgment Debtor. | § | COLLIN COUNTY, TEXAS |

**PLAINTIFF'S APPLICATION FOR POST-JUDGMENT WRIT OF GARNISHMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Nueterra Capital, LLC ("Plaintiff") makes this application for the issuance of a writ of garnishment against the Garnishees as described below, and as grounds for the writ shows:

I.

1.     Plaintiff in Garnishment is Plaintiff, Nueterra Capital, LLC, a foreign corporation registered to do business in Texas.

2.     Garnishee TTCU Federal Credit Union, an Oklahoma Credit Union, is not registered to do business in the State of Texas, does not maintain a place of regular business in Texas, and has no designated agent in Texas on whom service of process may be made in this cause. Accordingly, service of the Application for Writ of

Garnishment may, therefore, be made on the Texas Secretary of State, to be forwarded to TTCU Federal Credit Union Corporate Office, 9815 E. 81st Street S., Tulsa OK 74133.

3.       Garnishee Fifth Third Bank, which may be served by delivering the writ and other process to its registered agent, John L. McDaniel, 38 Fountain Square Plaza, Mail drop 10AT68, Cincinnati, TX 75263.

4.       Garnishee JP Morgan Chase Bank, which may be served by delivering the writ and other process to its registered agent, CT Corporation, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136.

5.       Garnishee Wells Fargo Bank N.A., which may be served by delivering the writ and other process to its registered agent, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

6.       Garnishee OZK Bank, which may be served by delivering the writ and other process to its registered agent, National Registered Agents, Inc., 1999 Bryan St., Suite 900, Dallas, TX 75201-3136.

7.       Defendant, Platinum Medical Management, Inc., is a Texas limited liability company and is the Judgment Debtor in this post-judgment proceeding.

II.

8.       Plaintiff is the owner and holder a final judgment entered on May 3, 2023, against Defendant in the amount of in the principal amount of $8,113,569.14, plus post-judgment interest of $1,627.90 per day until the date judgment is paid. *Central Bank of the Midwest v. Nueterra Capital LLC, v. Platinum Medical Management, Inc.,* No. 22-2218-JWB (N.D. Kan. 2023). A certified copy of this Judgment is attached hereto as

**Exhibit 1** and is incorporated herein by reference. Plaintiff thereafter filed its Notice of Filing of Foreign Judgment with this Court pursuant to the Uniform Enforcement of Foreign Judgment Act, Tex. Civ. Prac. Rem. Code § 35.001, et. seq., which was entered by this Court thereafter on July 12, 2023. Plaintiff requests the Court take notice of the pleadings on file.

9.      This judgment is in all things final, valid, and subsisting, and is wholly unpaid to date.

10.     Plaintiff has not been able to discover assets of Defendant subject to execution which would satisfy the judgment (specifically, Brandon Deiters, the COO of Platinum Medical Management, Inc., has represented that Defendant has no employees, financial resources, or other assets associated with it.)

III.

11.     Upon information and belief Garnishee TTCU Federal Credit Union, has property belonging to Defendant or is indebted to Defendant as a result of a contractual banking relationship between TTCU Federal Credit Union and Defendant, which includes funds on deposit in one or more savings and/or checking accounts. Therefore, all accounts in the name of Platinum Medical Management, Inc., belong to Defendant.

12.     Upon information and belief Garnishee Fifth Third Bank, has property belonging to Defendant or is indebted to Defendant as a result of a contractual banking relationship between Fifth Third Bank and Defendant, which includes funds on deposit in one or more savings and/or checking accounts. Therefore, all accounts in the name of Platinum Medical Management, Inc., are effects belonging to Defendant.

13.     Upon information and belief Garnishee JPMorgan Chase Bank, has property belonging to Defendant or is indebted to Defendant as a result of a contractual banking relationship between JPMorgan Chase Bank and Defendant, which includes funds on deposit in one or more savings and/or checking accounts. Therefore, all accounts in the name of Platinum Medical Management, Inc., are effects belonging to Defendant.

14.     Upon information and belief Garnishee Wells Fargo, N.A., has property belonging to Defendant or is indebted to Defendant as a result of a contractual banking relationship between Wells Fargo, N.A., and Defendant, which includes funds on deposit in one or more savings and/or checking accounts. Therefore, all accounts in the name of Platinum Medical Management, Inc., are effects belonging to Defendant.

15.     Upon information and belief Garnishee OZK Bank, has property belonging to Defendant or is indebted to Defendant as a result of a contractual banking relationship between OZK Bank and Defendant, which includes funds on deposit in one or more savings and/or checking accounts. Therefore, all accounts in the name of Platinum Medical Management, Inc., are effects belonging to Defendant.

16.     This Application is not sought to injure or harass either Defendant or the Garnishees but in order to collect on the Judgment owed to Plaintiff.

17.     Plaintiff would respectfully assert that no hearing is necessary inasmuch as this is a post-judgment garnishment action. As a result, Plaintiff requests the Clerk of the Court to issue a writ of garnishment to each garnishee upon this application being filed. *See* Tex. R. Civ. P. 658, 659. For the same reason, Plaintiff would show that no bond is necessary. *See* Tex. R. Civ. P. 658a.

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Garnishor Nueterra Capital, prays that: a writ of garnishment be issued and served upon each Garnishee described herein, and that Garnishor have judgment against Garnishees to the extent of Judgment Debtor's accounts to satisfy its Judgment against the Judgment Debtor, together with all costs of court incurred in this proceeding, and such other and further relief, both at law and in equity, to which Plaintiff/Garnishor may be justly entitled.

Respectfully submitted,

McDONALD SANDERS,
A Professional Corporation

By:___ */s/ Sarah Kline*_____
          Richard C. DeBerry
          State Bar No. 00783948
          rdeberry@mcdonaldlaw.com

          Sarah M. Kline
          State Bar No. 24110097
          smk@mcdonaldlaw.com

777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651 Telephone
(817) 334-0271 Facsimile

ATTORNEYS FOR PLAINTIFF/GARNISHOR
NUETERRA CAPITAL, LLC

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 11th day of August, 2023 I served the foregoing document upon as required by TEX. R. CIV. P. 21a(a)(1) or (2).

Via CMRR & U.S. First Class Mail
Platinum Medical Management, Inc.
709 Business Way
Wylie, Texas 75098


/s/ Sarah Kline
Sarah Kline

AO 132  (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

### EXEMPLIFICATION CERTIFICATE

I, _Skyler B. O'Hara_____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

_JUDGMENT (Doc. 73) filed 5/3/2023 as to Case 2:22-CV-02218-JWB-RES, Central Bank of the Midwest v. Nueterra Capital, LLC et al._

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at _Kansas City, KS_____ on _7/6/2023_

_____        _____
City                                                           Date

_Skyler B. O'Hara_____        _Jeffery D. O'Helen_____
Clerk                                                        (By) Deputy Clerk

I, _Daniel D. Crabtree_____, a Judicial Officer of this Court, certify that _Skyler B. O'Hara_____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_7/6/2023_____        _Daniel D. Crabtree_____
Date                                                        Signature of Judge

                                                              _U.S. District Judge_____
                                                              Title

I, _Skyler B. O'Hara_____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _Daniel D. Crabtree_____,
                                                              Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _Kansas City, KS_____ in this State, on _7/6/2023_

_____        _____
City                                                           Date

_Skyler B. O'Hara_____        _Jeffery D. O'Helen_____
Clerk                                                        (By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CENTRAL BANK OF THE MIDWEST,

Plaintiff,

v.

NUETERRA CAPITAL, LLC,

Defendant/Third Party Plaintiff,                Case No.  22-2218-JWB

v.

PLATINUM MEDICAL MANAGEMENT, INC.,

Third Party Defendant.

**U.S. DISTRICT COURT** SS:
**DISTRICT OF KANSAS**
I hereby certify that the forgoing
is a true copy of the original on file
in this court and cause.
SKYLER B. O'HARA, Clerk
By
Dated: 7/6/2023      Deputy

**JUDGMENT IN A CIVIL CASE**

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been
tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been
considered and a decision has been rendered.

In accordance with the court's memorandum and order (Doc. 60), judgment is entered
against Defendant in the amount of $8,113,569.14.[1]  Plaintiff is entitled to post-judgment interest
at the contract rate of $1,627.90 per day until the judgment is paid in full.

In accordance with the court's order granting Defendant's second motion for default
judgment (Doc. 71) against Third-Party Defendant Platinum Medical Management, Inc
("Platinum"), judgment is entered in favor of Third-Party Plaintiff Nueterra and against Platinum
in the amount of $8,113,569.14 with post-judgment interest at the contract rate of $1,627.90 per
day until the judgment is paid in full.

---

[1] This includes the principal amount of $8,019,150.94 plus a per diem rate of $1,627.90 for the days between March
6, 2023, the date of the court's decision, and the date the judgment is entered, May 3, 2023.

 

 

     May 3, 2023                                 SKYLER B. O'HARA
       Date                                      CLERK OF THE DISTRICT COURT

                                             by:   s/ Joyce Roach
                                                  Deputy Clerk

# EXHIBIT B

WRIT OF GARNISHMENT AFTER JUDGMENT
STATE OF TEXAS
CAUSE: 366-03629-2023

Nueterra Capital, LLC vs. Platinum Medical Management, Inc.

In the 366th District Court

Of Collin County, Texas

TO: Secretary of the State of Texas
P.O. Box 12079
Austin, Texas 78711-2079
To Be Served Upon:
TTCU Federal Credit Union
Attn: Corporate Office
9815 E. 81st Street S.
Tulsa Ok  74133 GARNISHEE

GREETINGS:
Whereas, in the 366th District Court of Collin County, Texas, in a certain cause numbered 2:22-cv-02218-JWB-RES wherein Nueterra Capital, LLC the Plaintiff(s) secured a judgment in this Court on the 3rd day of May, 2023, against the said Platinum Medical Management, Inc. in the sum of $8,113,569.14 Dollars. Plaintiff is entitled to post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full, in 366-03629-2023 the Plaintiff(s) applied for a Writ of Garnishment against you, TTCU Federal Credit Union, Garnishee.

THEREFORE YOU ARE HEREBY COMMANDED to file a sworn written answer on or before 10:00 AM, on the Monday next following the expiration of twenty days from the date of service hereof, then there to answer upon oath:

1.  What, if anything, you are indebted to the said Defendant, Platinum Medical Management, Inc. and were, when this writ was served upon you.
2.  What effects, if any, of the said defendant you had in your possession when this Writ was served or you have received prior to the answer date.
3.  What other persons, if any, within your knowledge are indebted to the said defendant, or have effects belonging to said defendant in their possession.

YOU ARE FURTHER COMMANDED NOT to pay to the defendant any debt or to deliver to him any effects pending further order of this court.

HEREIN FAIL NOT, but make due answer as the law directs.

Issued and given under my hand and seal of said Collin County, McKinney, Texas, on this the 24th day of August, 2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

By: _Claudia Gomez_ , Deputy
Claudia Gomez

Your money or property has been frozen or seized ("garnished") because <u>Nueterra Capital, LLC</u> (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from <u>Fifth Third Bank</u> (the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque <u>Nueterra Capital, LLC</u>, (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de <u>Fifth Third Bank</u>, (el "Embargado"), que es la compañía o persona física que lo tiene, y como pago de lo que usted le adeuda.*

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo,*** *visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas al (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

WRIT OF GARNISHMENT AFTER JUDGMENT
STATE OF TEXAS
CAUSE: 366-03629-2023

Nueterra Capital, LLC vs. Platinum Medical Management, Inc.

In the 366th District Court

Of Collin County, Texas

TO: Wells Fargo Bank Na
Attn: Corporation Service Company
211 East 7th Street Suite 620
Austin TX, 78701-3218 GARNISHEE

GREETINGS:
Whereas, in the 366th District Court of Collin County, Texas, in a certain cause numbered 2:22-cv-02218-JWB-RES wherein Nueterra Capital, LLC the Plaintiff(s) secured a judgment in this Court on the 3rd day of May, 2023, against the said Platinum Medical Management, Inc. in the sum of $8,113,569.14 Dollars. Plaintiff is entitled to post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full, in 366-03629-2023 the Plaintiff(s) applied for a Writ of Garnishment against you, Wells Fargo Bank N.A. Garnishee.

THEREFORE YOU ARE HEREBY COMMANDED to file a sworn written answer on or before 10:00 AM, on the Monday next following the expiration of twenty days from the date of service hereof, then there to answer upon oath:

1. What, if anything, you are indebted to the said Defendant, Platinum Medical Management, Inc. and were, when this writ was served upon you.
2. What effects, if any, of the said defendant you had in your possession when this Writ was served or you have received prior to the answer date.
3. What other persons, if any, within your knowledge are indebted to the said defendant, or have effects belonging to said defendant in their possession.

YOU ARE FURTHER COMMANDED NOT to pay to the defendant any debt or to deliver to him any effects pending further order of this court.

HEREIN FAIL NOT, but make due answer as the law directs.

Issued and given under my hand and seal of said Collin County, McKinney, Texas, on this the 24th day of August, 2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

By: _____, Deputy
Claudia Gomez

Your money or property has been frozen or seized ("garnished") because Nueterra Capital, LLC (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from Fifth Third Bank (the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque Nueterra Capital, LLC, (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de Fifth Third Bank, (el "Embargado"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo****, visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas at (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

## WRIT OF GARNISHMENT AFTER JUDGMENT
### STATE OF TEXAS
CAUSE: 366-03629-2023

Nueterra Capital, LLC vs. Platinum Medical                    In the 366th District Court
Management, Inc.

                                                             Of Collin County, Texas

TO: Fifth Third Bank
Attn: John L McDaniel
38 Fountain Square Plaza
Mail Drop 10AT68
Cincinnati, TX 75263 GARNISHEE

GREETINGS:
Whereas, in the 366th District Court of Collin County, Texas, in a certain cause numbered 2:22-cv-02218-JWB-RES wherein Nueterra Capital, LLC the Plaintiff(s) secured a judgment in this Court on the 3rd day of May, 2023, against the said Platinum Medical Management, Inc. in the sum of $8,113,569.14 Dollars. Plaintiff is entitled to post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full in 366-03629-2023 the Plaintiff(s) applied for a Writ of Garnishment against you, Fifth Third Bank, Garnishee.

THEREFORE YOU ARE HEREBY COMMANDED to file a sworn written answer on or before 10:00 AM, on the Monday next following the expiration of twenty days from the date of service hereof, then there to answer upon oath:

1.  What, if anything, you are indebted to the said Defendant, Platinum Medical Management, Inc. and were, when this writ was served upon you.
2.  What effects, if any, of the said defendant you had in your possession when this Writ was served or you have received prior to the answer date.
3.  What other persons, if any, within your knowledge are indebted to the said defendant, or have effects belonging to said defendant in their possession.

YOU ARE FURTHER COMMANDED NOT to pay to the defendant any debt or to deliver to him any effects pending further order of this court.

HEREIN FAIL NOT, but make due answer as the law directs.

Issued and given under my hand and seal of said Collin County, McKinney, Texas, on this the 24th day of August, 2023.

                                        ATTEST: Michael Gould, District Clerk
                                              Collin County, Texas
                                           Collin County Courthouse
                                             2100 Bloomdale Road
                                             McKinney, Texas 75071
                                   972-548-4320, Metro 972-424-1460, ext. 4320

By: _____, Deputy
        Claudia Gomez

Your money or property has been frozen or seized ("garnished") because <u>Nueterra Capital, LLC</u> (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from <u>Fifth Third Bank</u> (the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque <u>Nueterra Capital, LLC</u>, (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de <u>Fifth Third Bank</u>, (el "Embargado"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si se presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo***, *visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas at (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

WRIT OF GARNISHMENT AFTER JUDGMENT
STATE OF TEXAS
CAUSE: 366-03629-2023

Nueterra Capital, LLC vs. Platinum Medical                                    In the 366th District Court
Management, Inc.
                                                                              Of Collin County, Texas

TO: JP Morgan Chase Bank, N.A.
 Attn: Ct Corporation System
 1999 Bryan Street Suite 900
 Dallas, TX  75201-3136 GARNISHEE

GREETINGS:
Whereas, in the 366th District Court of Collin County, Texas, in a certain cause numbered 2:22-cv-02218-JWB-
RES wherein Nueterra Capital, LLC the Plaintiff(s) secured a judgment in this Court on the 3rd day of May, 2023,
against the said Platinum Medical Management, Inc. in the sum of $8,113,569.14 Dollars. Plaintiff is entitled to
post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full, in 366-03629-
2023 the Plaintiff(s) applied for a Writ of Garnishment against you, JP Morgan Chase Bank, N.A. Garnishee.

THEREFORE YOU ARE HEREBY COMMANDED to file a sworn written answer on or before 10:00 AM, on the
Monday next following the expiration of twenty days from the date of service hereof, then there to answer upon
oath:
1. What, if anything, you are indebted to the said Defendant, Platinum Medical Management, Inc. and
   were, when this writ was served upon you.
2. What effects, if any, of the said defendant you had in your possession when this Writ was served or you
   have received prior to the answer date.
3. What other persons, if any, within your knowledge are indebted to the said defendant, or have effects
   belonging to said defendant in their possession.

YOU ARE FURTHER COMMANDED NOT to pay to the defendant any debt or to deliver to him any effects
pending further order of this court.

HEREIN FAIL NOT, but make due answer as the law directs.

Issued and given under my hand and seal of said Collin County, McKinney, Texas, on this the 24th day of August,
2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

By: *Claudia Gomez*, Deputy
Claudia Gomez

Your money or property has been frozen or seized ("garnished") because Nueterra Capital, LLC (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from Fifth Third Bank (the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque Nueterra Capital, LLC, (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de Fifth Third Bank, (el "Embargado"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo****, visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas at (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

WRIT OF GARNISHMENT AFTER JUDGMENT
STATE OF TEXAS
CAUSE: 366-03629-2023

Nueterra Capital, LLC vs. Platinum Medical                                        In the 366th District Court
Management, Inc.

Of Collin County, Texas

TO: Ozk Bank
Attn: National Registered Agents, Inc.
1999 Bryan St., Suite 900
Dallas, TX  75201 GARNISHEE

GREETINGS:
Whereas, in the 366th District Court of Collin County, Texas, in a certain cause numbered 2:22-cv-02218-JWB-RES wherein Nueterra Capital, LLC the Plaintiff(s) secured a judgment in this Court on the 3rd day of May, 2023, against the said Platinum Medical Management, Inc. in the sum of $8,113,569.14 Dollars. Plaintiff is entitled to post-judgment interest at the contract rate of $1,627.90 per day until the judgment is paid in full, in 366-03629-2023 the Plaintiff(s) applied for a Writ of Garnishment against you, Ozk Bank, Garnishee.

THEREFORE YOU ARE HEREBY COMMANDED to file a sworn written answer on or before 10:00 AM, on the Monday next following the expiration of twenty days from the date of service hereof, then there to answer upon oath:

1.  What, if anything, you are indebted to the said Defendant, Platinum Medical Management, Inc. and were, when this writ was served upon you.
2.  What effects, if any, of the said defendant you had in your possession when this Writ was served or you have received prior to the answer date.
3.  What other persons, if any, within your knowledge are indebted to the said defendant, or have effects belonging to said defendant in their possession.

YOU ARE FURTHER COMMANDED NOT to pay to the defendant any debt or to deliver to him any effects pending further order of this court.

HEREIN FAIL NOT, but make due answer as the law directs.

Issued and given under my hand and seal of said Collin County, McKinney, Texas, on this the 24th day of August, 2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460, ext. 4320

By: _Claudia Gomez_____, Deputy
Claudia Gomez

Your money or property has been frozen or seized ("garnished") because <u>Nueterra Capital, LLC</u> (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from <u>Fifth Third Bank</u> (the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque <u>Nueterra Capital, LLC</u>, (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de <u>Fifth Third Bank</u>, (el "Embargado"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo****, visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas at (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kerri Reed on behalf of Richard DeBerry
Bar No. 783948
kreed@mcdonaldlaw.com
Envelope ID: 79428786
Filing Code Description: Notice
Filing Description: Notice of Post-Judgment Writ of Garnishment
Status as of 9/12/2023 1:51 PM CST

Associated Case Party: Nueterra Capital, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard C.DeBerry | | rcd@mcdonaldlaw.com | 9/11/2023 5:13:50 PM | SENT |
| Sarah M.Kline | | smk@mcdonaldlaw.com | 9/11/2023 5:13:50 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Traci Shakeshaft | | tms@mcdonaldlaw.com | 9/11/2023 5:13:50 PM | SENT |
| Tamara Lee | | tlee@mcdonaldlaw.com | 9/11/2023 5:13:50 PM | SENT |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Platinum Medical Management, Inc.
801 S. Highway 78, Suite 307
Wylie, Texas 75098-4000

**10704.0001 (Platinum)**

9590 9402 6923 1104 1562 82

2. Article Number (Transfer from service label)

7020 1290 0001 1632 0628

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7020 1290 0001 1632 0628

CERTIFIED MAIL

---

McDonald
Sanders
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

**First Class Mail**

Platinum Medical Management, Inc.
801 S. Highway 78, Suite 307
Wylie, Texas 75098-4000

10704.1 (45)

US POSTAGE
$ 10.21
First-Class
08/11/2023
Ship From 76102
ZIP 0061651681

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Platinum Medical Management, Inc.
   801 S. Highway 78, Suite 307
   Wylie, Texas 75098-4000

   **10704.0001 (Platinum)**

   9590 9402 6923 1104 1562 82

2. Article Number *(Transfer from service label)*

   7020 1290 0001 1632 0628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _BCW_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

_Braward Mowy_  _9/14/23_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   _801 S Hwt 78_

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery ($500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt



USPS TRACKING #

9590 9402 6923 1104 1562 82

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**McDONALD SANDERS, P.C.**
**777 MAIN STREET, SUITE 2700**
**FORT WORTH, TX 76102**

SMK

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

**10704.0001 (Platinum)**

9590 9402 6923 1104 1562 99

2. Article Number (Transfer from service label)
7020 1290 0001 1632 0635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                ☐ Agent
                                 ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

7020 1290 0001 1632 0635

McDonald
Sanders
A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

10704.1 (45)

**First Class Mail**




US POSTAGE
$ 10.21
First-Class
Mailed From 76102
06/17/24
USPS FIRST CLASS






■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

10704.0001 (Platinum)

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9402 6923 1104 1562 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7020 1290 0001 1632 0635

Domestic Return Receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053

0109/19/23

2266N262200-00857

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 76102538599   *7610253859*

NIXIE   731   C2   1

McDonald
Sanders

A Professional Corporation
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

10704.1 (45)

**First Class Mail**



  





US POSTAGE
$ 10.21
Mailed From 76102
09/11/20/23
032A 0061861881
First-Class

     

## McDonald
## Sanders

*A Professional Corporation*

ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management, Inc.
801 S. Highway 78, Suite 307
Wylie, Texas 75098-4000

10704.1(45)

# First Class Mail



US POSTAGE
$ 02.31
First-Class
Mailed from 76102
09/11/2023
052A 0061861681

   



McDonald
Sanders
*A Professional Corporation*
ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

10704 1 (45)

First Class Mail

US POSTAGE
$ 02.31
First-Class
Mailed from 76102
08/17/2023
032A 0061861881

NIXIE 731 72 1 0109/19/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7610253675 2266N262200-01073

## McDonald
## Sanders

*A Professional Corporation*

ATTORNEYS AT LAW
777 Main Street, Suite 2700
Fort Worth, Texas 76102

Platinum Medical Management, Inc.
Attn: Brandon Deiters
709 Business Way
Wylie, Texas 75098

10704.1 (45)

# First Class Mail







