FILED
JUDGE: 366TH DISTRICT COURT
COLLIN COUNTY, TEXAS
9-26-23

CAUSE NO. 366-03629-2023

| | | |
|---|---|---|
| NUETERRA CAPITAL, LLC | § § § | IN THE DISTRICT COURT |
| VS. | § § | 366TH JUDICIAL DISTRICT |
| PLATINUM MEDICAL MANAGEMENT, INC. | § § § | COLLIN COUNTY, TEXAS |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CHARGING ORDER

ON THIS DAY came on for consideration Plaintiff NUETERRA CAPITAL, LLC's ("Plaintiff") Motion for Charging Order (the "Motion") in the above-numbered and styled cause. This Court, having considered the pleadings and records on file, finds that on May 3, 2023, Plaintiff obtained a Judgment against Platinum Medical Management, Inc. in Cause No. 22-2218-JVB, *Central Bank of the Midwest v. Nueterra Capital, LLC v. Platinum Medical Management, Inc.*, in the United States District Court for the District of Kansas, in the principal amount of $8,113,569.14, plus post judgment interest at the contract rate of $1,627.90 per day until judgment is paid in full (the "Judgment"). This Court further finds that such Judgment has become final; domesticated in the State of Texas; that it has not been satisfied; and that Plaintiff is entitled as a matter of right to a charging order against any interest of Defendant Platinum Medical Management, Inc., in any Texas limited liability company or partnership from which they may be entitled to receive distributions, draws, dividends, profits, and/or payments.

IT IS THEREFORE ORDERED that the interests of Defendant Platinum Medical Management, Inc., in the following "Affiliated Entities" are hereby subjected to an encumbrance and charging order in favor of and for the benefit of Plaintiff, Nueterra Capital, LLC:

ORDER GRANTING MOTION FOR CHARGING ORDER                                                        Page 1 of 2

Copy from re:SearchTX

- MDBODYLABS
- Milagro Mio PLLC
- Sarenity Herbal Apothecary LLC
- Platinum Senior Living LLC
- Platinum Health Systems LLC
- Platinum Care LLC
- Neighbors Vising Doctors LLC

IT IS FURTHER ORDERED that each of the Affiliated Entities described herein be required to pay to Plaintiff Nueterra Capital LLC all distributions, draws, dividends, profits or other payments which would otherwise be paid to Defendant Platinum Medical Management, Inc., until the Judgment is satisfied. Accordingly, counsel for Plaintiff shall serve upon the Registered Agent for each Affiliated Entity a copy of this Order.

IT IS SO ORDERED.

SIGNED, this 26th day of September, 2023.

_____
JUDGE PRESIDING