Russell Devenport
Texas Bar No. 24007109
MCDONALD SANDERS, P.C.
777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651
(817) 334-0271 fax

ATTORNEYS FOR CREDITOR
NUETERRA CAPITAL, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | BANKRUPTCY NO. |
| | § | 24-40647 |
| RYAN COLE and SARAH COLE, | § | |
| Debtors. | § | CHAPTER 7 |
| | § | |
| ─────────────────────────── | § | |
| | § | |
| NUETERRA CAPITAL LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adv. Proc. No. 24-04053 |
| | § | |
| RYAN COLE | § | |
| | § | |
| Defendant. | § | |
| ─────────────────────────── | § | |

## NUETERRA CAPITAL'S NOTICE OF FILING OF
## CERTIFICATE OF SERVICE

COMES NOW, Plaintiff Nueterra Capital LLC ("Nueterra") and files the Certificate of Service attached hereto certifying that it has served the Summons and Original Complaint filed in this matter on Defendant Ryan Cole via regular first class mail, postage prepaid, and certified mail, return receipt requested, this 23rd day of July, 2024.

Respectfully submitted,

*/s/ H. Dustin Fillmore IV*
Russell A. Devenport
State Bar No. 24007109
rad@mcdonaldlaw.com
H. Dustin Fillmore IV
State Bar No. 24105858
hdf@mcdonaldlaw.com

**McDONALD SANDERS,**
A Professional Corporation

777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651 Telephone
(817) 334-0271 Facsimile

**ATTORNEYS FOR PLAINTIFF**
**NUETERRA CAPITAL, LLC**

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __H. Dustin Fillmore IV__ (name), certify that service of this summons and a copy of the complaint was made __July 23, 2024__ (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Ryan Cole
  6624 Eastview
  Sachse, TX 75048

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __July 23, 2024__   Signature __[signature]__

Print Name: __H. Dustin Fillmore IV__
__McDonald Sanders, P.C.__
Business Address: __777 Main Street, Suite 2700__

__Fort Worth, TX 76102__