Russell Devenport
Texas Bar No. 24007109
MCDONALD SANDERS, P.C.
777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651
(817) 334-0271 fax

ATTORNEYS FOR CREDITOR
NUETERRA CAPITAL, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | BANKRUPTCY NO. |
| | § | 24-40647 |
| RYAN COLE and SARAH COLE, | § | |
| Debtors. | § | CHAPTER 7 |
| | § | |
| | § | |
| | § | |
| NUETERRA CAPITAL LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adv. Proc. No. 24-04053 |
| | § | |
| RYAN COLE | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NUETERRA CAPITAL LLC'S
## CORPORATE OWNERSHIP STATEMENT

COMES NOW Plaintiff Nueterra Capital LLC ("Nueterra") and, pursuant to Federal Rule of Bankruptcy Procedure 7007.1, files this Corporate Ownership Statement, making the following disclosures:

Nueterra is a limited liability company, and all corporations that directly or indirectly own ten percent (10%) or more of its stock or membership interests are listed as follows: (1)

Mayhew Properties, LLC, a Kansas limited liability company; and (2) Tasset Family, LLC, a Kansas limited liability company.

Respectfully submitted,

*/s/ Russell. A. Devenport*
Russell A. Devenport
State Bar No. 24007109
rad@mcdonaldlaw.com
H. Dustin Fillmore IV
State Bar No. 24105858
hdf@mcdonaldlaw.com

**McDONALD SANDERS,**
A Professional Corporation

777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651 Telephone
(817) 334-0271 Facsimile

**ATTORNEYS FOR PLAINTIFF
NUETERRA CAPITAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's ECF electronic filing system on July 30, 2024.

*/s/ Russell A. Devenport*
Russell A. Devenport
